UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 12-cr-00403-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE RODRIGUEZ-ACEVEDO, a/k/a Jose Alfredo Acevedo-Flores, a/k/a Jose Alfredo Acevedo-Lopez,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, November 23, 2012,** and responses shall be filed by **Monday, December 3, 2012.** It is

FURTHER ORDERED that a 2-day jury trial is set to commence on **Monday, December 17, 2012, at 9:00 a.m. in courtroom A-1002.** It is

FURTHER ORDERED that the parties shall promptly contact the Court if a hearing on motions and/or a final trial preparation conference needs to be set.

Dated: October 29, 2012.

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      WILEY Y. DANIEL
                      CHIEF U. S. DISTRICT JUDGE