UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00403-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE RODRIGUEZ-ACEVEDO,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was received in the above captioned matter on November 30, 2012. Accordingly, the 2-day jury trial set to commence on Monday, December 17, 2012, at 9:00 a.m. is **VACATED**. A Change of Plea Hearing is **SET** for **Thursday, February 7, 2013, at 3:00 p.m.** in Courtroom A-1002.

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.

    Dated: December 3, 2012.